UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | |
|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:10cv00068-MSD-FBS |
| ) | |
| PARALLEL DESIGN & DEVELOPMENT LLC, and ) | formerly: |
| RICKY L. EDMONDS, ) | Case No. 3:09CV00800 |
| ) | (Richmond Division) |
| Defendants. ) | |

**PLAINTIFF BUILDERS MUTUAL INSURANCE COMPANY'S REPLY IN FURTHER SUPPORT OF MOTION FOR A BRIEFING SCHEDULE FOR A MOTION FOR SUMMARY JUDGMENT**

Plaintiff Builders Mutual Insurance Company ("BMIC"), by counsel, seeks a briefing schedule for a motion for summary judgment. BMIC previously incorporated by reference its Memorandum in Support of Motion for Protective Order. At this time BMIC expressly incorporates its Reply in Support of Motion for Protective Order, filed this same day. This is a pure Eight Corners Rule case – a "duty to defend" declaratory judgment action in which no factual determinations will be made, nor can they be. Instead, under Virginia law, the duty to defend may *only* be determined by a comparison of the Complaint's allegations to the insurance policy. Therefore this case is ripe for summary judgment. Absolutely nothing about Defendant Edmonds' discovery requests are relevant nor reasonably calculated to lead to the discovery of admissible evidence.

For all of the reasons stated above, in the Memorandum in Support of Motion for a Briefing Schedule, the Memorandum in Support of Motion for Protective Order, and the Reply, Builders Mutual Insurance Company respectfully requests that this Court set a date in the near future to argue a Motion for Summary Judgment and establish a concomitant briefing schedule.

Dated: September 8, 2010                    Respectfully submitted,

BUILDERS MUTUAL INSURANCE COMPANY

By Counsel

_____/s/_____
Danny M. Howell      VSB No. 30352
Michael T. Marr      VSB No. 48536
Mikhael D. Charnoff  VSB No. 43929
Courtney S. Schorr   VSB No. 65971
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 202
McLean, VA  22101
Telephone: (703) 893-3600
Facsimile: (703) 893-8484
*Counsel for Builders Mutual Insurance Company*

and

Jeffrey H. Geiger    VSB No. 40163
SANDS ANDERSON PC
1111 East Main Street, 24th Floor
P. O. Box 1998
Richmond, Virginia 23218-1998)
Telephone: (804) 783-7248
Facsimile:  (804) 783-7291
E-mail:  jgeiger@sandsanderson.com
*Counsel for Builders Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on September 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>Richard G. Collins, Esquire
>Gilbert A. Bartlett, Esquire
>Gilberg A. Bartlett PC
>809 Richmond Rd
>Williamsburg, VA 23185
>(757) 229-1910
>Fax: (757) 229-7323
>Email: rcollins@gilbertabartlett.com
>*Counsel for Parallel Design & Development LLC*

and

>Richard James Serpe, Esquire
>Law Offices of Richard J. Serpe, P. C.
>580 E Main St
>Suite 310
>Norfolk, VA 23510
>(757) 233-0009
>Fax: (757) 233-0455
>Email: rserpe@serpefirm.com
>*Counsel for Ricky L. Edmonds*

>_____/s/_____
>Danny M. Howell      VSB No. 30352
>Michael T. Marr      VSB No. 48536
>Mikhael D. Charnoff  VSB No. 43929
>Courtney S. Schorr   VSB No. 65971
>SANDS ANDERSON PC
>1497 Chain Bridge Road, Suite 202
>McLean, VA 22101
>Telephone: (703) 893-3600
>Facsimile: (703) 893-8484
>*Counsel for Builders Mutual Insurance Company*

and

>Jeffrey H. Geiger    VSB No. 40163
>SANDS ANDERSON PC
>1111 East Main Street, 24[th] Floor

P. O. Box 1998
Richmond, Virginia 23218-1998)
Telephone: (804) 783-7248
Facsimile: (804) 783-7291
E-mail: jgeiger@sandsanderson.com
*Counsel for Builders Mutual Insurance Company*