UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Newport News Division)

| | |
|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:10cv00068-MSD-FBS |
| | ) |
| PARALLEL DESIGN & DEVELOPMENT LLC, and | ) formerly: |
| RICKY L. EDMONDS, | ) Case No. 3:09CV00800 |
| | ) (Richmond Division) |
| Defendants. | ) |

## PLAINTIFF BUILDERS MUTUAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, Builders Mutual Insurance Company, the Plaintiff herein, moves for summary judgment on its Complaint for Declaratory Judgment against Defendants Parallel Design & Development LLC, and Ricky L. Edmonds, for the reasons set forth in Plaintiff's Memorandum of Support filed herewith.

Date:   October 19, 2010

Respectfully submitted,

BUILDERS MUTUAL INSURANCE COMPANY
By Counsel

SANDS ANDERSON PC

_____/s/_____
Danny M. Howell       VSB No. 30352
Michael T. Marr        VSB No. 48536
Mikhael D. Charnoff   VSB No. 43929
Courtney S. Schorr     VSB No. 65971
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 202
McLean, VA  22101
Telephone: (703) 893-3600
Facsimile: (703) 893-8484
*Counsel for Builders Mutual Insurance Company*

and

Jeffrey H. Geiger     VSB No. 40163
SANDS ANDERSON PC
1111 East Main Street, 24th Floor
P. O. Box 1998
Richmond, Virginia 23218-1998)
Telephone: (804) 783-7248
Facsimile: (804) 783-7291
E-mail: jgeiger@sandsanderson.com
*Counsel for Builders Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Richard G. Collins, Esquire
> Gilbert A. Bartlett, Esquire
> Gilberg A. Bartlett PC
> 809 Richmond Rd
> Williamsburg, VA 23185
> (757) 229-1910
> Fax: (757) 229-7323
> Email: rcollins@gilbertabartlett.com
> *Counsel for Parallel Design & Development LLC*

> and

> Richard James Serpe, Esquire
> Law Offices of Richard J. Serpe, P. C.
> 580 E Main St
> Suite 310
> Norfolk, VA 23510
> (757) 233-0009
> Fax: (757) 233-0455
> Email: rserpe@serpefirm.com

> Jeffrey Arnold Breit
> John Webb Drescher
> Michael F. Imprevento
> Breit Drescher & Imprevento PC
> 1000 Dominion Tower
> 999 Waterside Dr.

Norfolk, VA 23510-3320
(757)670-3884
Fax: (757) 299-8035
Email: jbreit@bdbmail.com
jdrescher@breitdrescher.com
mimprevento@ breitdrescher.com

Frederick Steven Longer
Levin Fishbein Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
(215) 592-1500
Fax: (215)592-4663
Email: flonger@lfsblaw.com

*Counsel for Ricky L. Edmonds*

                                            /s/
                              Danny M. Howell       VSB No. 30352
                              dhowell@sandsanderson.com
                              Sands Anderson PC
                              1497 Chain Bridge Road, Suite 202
                              McLean, VA 22101
                              703-893-3600 Phone
                              703-893-8484 Fax