IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | |
|---|---|
| BUILDERS MUTUAL INSURANCE COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARALLEL DESIGN & DEVELOPMENT LLC ) <br> and ) <br> RICKY L. EDMONDS ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:10-cv-00068 |
| NATIONWIDE MUTUAL INSURANCE COMPANY, ) <br> NATIONWIDE MUTUAL FIRE INSURANCE ) <br> COMPANY and NATIONWIDE PROPERTY & ) <br> CASUALTY INSURANCE COMPANY ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE OVERLOOK, LLC, STEVEN A. MIDDLETON, ) <br> VISTA MIDDLETON, LLC ) <br> and ) <br> RICKY L. EDMONDS ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:10cv69 |

**DEFENDANT RICKY L. EDMONDS' MEMORANDUM IN SUPPORT OF HIS MOTION
FOR LEAVE TO FILE NOTICE OF LETTER TO THE COURT AND FORWARDING
OF A RECENT UNPUBLISHED OPINION OF THE FOURTH CIRCUIT
<u>UNITED STATES COURT OF APPEALS</u>**

On January 25, 2011, Defendant Ricky L. Edmonds filed a Notice of Letter to the Court, in

which he intended to advise the Court of an unpublished opinion of the United States Court of Appeals for the Fourth Circuit, Case No. 10-1082, <u>NGM Insurance Company v. Norman L. Kuras, Jr. d/b/a Carolina's Power Wash & Painting et al.</u>, decided January 11, 2011. A copy of this Notice, together with Exhibits A-C, is attached hereto as Memo Exhibit A.

The Defendant Edmonds did not consider this notice to be in the nature of a supplemental brief, and therefore did not request leave to file the notice at that time. The Defendant Edmonds hereby respectfully requests the Court to grant leave to file his Notice of Letter to the Court and Forwarding of a Recent Unpublished Opinion of the Fourth Circuit United States Court of Appeals for any consideration the Court may deem appropriate.

Respectfully submitted,

Dated: <u>February 1, 2011</u>

RICKY L. EDMONDS

By:_____/s/_____
Of Counsel

Michael F. Imprevento, Esquire (VSB No. 23926)
John W. Drescher, Esquire (VSB No. 13656)
Jeffrey A. Breit, Esquire (VSB No. 18876)
Breit, Drescher, Imprevento & Walker, P.C.
1000 Dominion Tower
999 Waterside Drive
Norfolk, VA 23510
Phone: 757-670-3884
Fax: 757-299-8035 Facsimile
mimprevento@breitdrescher.com
*Co-counsel for Defendant*

Richard J. Serpe, Esquire (VSB No. 33340)
The Law Offices of Richard J Serpe, P.C.
Crown Center, Suite 310
580 East Main Street
Norfolk, Virginia 23510
Phone: 757-233-0009

Fax: 757-233-0455
rserpe@serpefirm.com
*Counsel for Defendant*


Frederick S. Longer, Esquire
Levin, Fishbein, Sedran & Berman, P.C.
510 Walnut Street Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-592-4663
E-mail: flonger@lfsblaw.com
*(admitted Pro Hac Vice on behalf of Edmonds)*
*and Plaintiffs' Lead Counsel MDL 2047*
*Counsel for Defendant Ricky L. Edmonds*


OF COUNSEL:

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel MDL 2047*


## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2011, I caused a true copy of the foregoing Defendant Ricky L. Edmonds' Memorandum in Support of His Motion for Leave to be sent via electronic transmission to the following:

Lawrence A. Dunn, Esquire
Grant E. Kronenberg, Esquire
Morris & Morris, PC
700 E. Main Street, Suite 1100
Richmond, Virginia 23218
Tel.: (804) 344-8300
Fax: (804) 344-8359
LDunn@morrismorrs.com
*Counsel for Plaintiffs Nationwide et al.*

Catherine M. Colinvaux, Esquire
Zelle Hofmann Voelbel & Mason LLP
950 Winter Street, Suite 1300
Waltham, Massachusetts 02451
Tel: (781) 466-0700
Fax: (781) 466-0701
CColinvaux@zelle.com
*Counsel for Plaintiffs Nationwide et al.*

Scott J. Ryskoski, Esquire
Ryskoski Law, P.L.L.C.
556 Silicon Drive
Suite 100
Southlake, Texas 76092
Tel: (817) 310-3527
Fax: (817) 310-0141
sjr@ryskoskilaw.com
*Counsel for Plaintiffs Nationwide et al.*

John J. Rasmussen, Esquire
Recovery Law Group, PLC
P.O. Box 8049
Richmond, Virginia 23223
Tel: (804) 308-1359
Fax: (804) 308-1349
jjr@insurance-recovery.com
*Counsel for Nationwide Defendants The Overlook, LLC, Steven A. Middleton, and Vista Middleton, LLC*

Danny M. Howell, Esquire
Michael T. Marr, Esquire
Mikhael D. Charnoff, Esquire
Courtney S. Schorr, Esquire
Sands Anderson P.C.
1497 Chain Bridge Road, Suite 202
McLean, Virginia 22101
Tel.: (703) 893-3600
Fax: (703) 893-8484
dhowell@sandsanderson.com
mmarr@sandsanderson.com
mcharnoff@sandsanderson.com
cschorr@sandsanderson.com
*Counsel for Plaintiff Builders Mutual Insurance Company*

Andrew Biondi, Esquire
Sands Anderson, P.C.

1111 East Main Street, 24th Floor
P.O. Box 1998
Richmond, Virginia 23218
Tel: (804) 783-7270
Fax: (804) 783-7291
abiondi@sandsanderson.com
*Co-counsel for Plaintiff Builders Mutual Insurance Company*

Jeffrey H. Geiger, Esquire
Sands Anderson PC
1111 East Main Street, 24th Floor
P.O. Box 1998
Richmond, Virginia 23218-1998
Tel: (804) 783-7248
Fax: (804) 783-7291
jgeiger@sandsanderson.com
*Counsel for Plaintiff Builders Mutual Insurance Company*

Richard G. Collins, Esquire
Bartlett & Spirn, P.L.C.
809 Richmond Road
Williamsburg, Virginia 23185
Tel: (757) 229-1910
Fax: (757) 229-7323
rcollins@bartlettspirn.com
*Counsel for Builders Mutual Defendant Parallel Design & Development LLC*

                                                        /s/
                                 Michael F. Imprevento
                                 Breit, Drescher, Imprevento & Walker, P.C.
                                 1000 Dominion Tower
                                 999 Waterside Drive
                                 Norfolk, VA 23510
                                 Phone: 757-670-3884
                                 Fax: 757-299-8035
                                 mimprevento@breitdrescher.com
                                 *Counsel for Defendant Edmonds*